IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CARROLL STEPHENSON,,

      Plaintiff,                          No. CIV S-06-2735 LKK EFB PS

      vs.

HARLEY G. LAPPIN, et al.,

      Defendants.               <u>ORDER</u>

_____/

      On January 26, 2007, plaintiff filed a document styled "Notice of Default," and an affidavit in support thereof. By these filings, plaintiff asserts that defendant, Attorney General Alberto R. Gonzales, has failed to timely respond to the original complaint and requests entry of default by the Clerk. The summons, returned executed on January 5, 2007, reveals that defendant Gonzales was served with the original complaint on December 18, 2006. Plaintiff also claims that defendant Gonzales has not timely replied to the amended complaint filed on January 8, 2007. The file contains no proof of service showing that defendant Gonzales was ever served with a copy of the amended complaint. Pursuant to Fed. R. Civ. P. 12(a)(3)(A), "the Untied States, an agency of the United States or an officer of employee of the United States sued in an official capacity, shall serve an answer . . . within 60 days after [service]."

////

1   Accordingly, plaintiff's request for entry of default is premature and, as such, is denied.

2   So ordered.

3   DATED: February 1, 2007

4   _____
    EDMUND F. BRENNAN
5   UNITED STATES MAGISTRATE JUDGE

2