IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CARROLL STEPHENSON,

    Plaintiff,                    CIV-S-06-2735 LKK EFB PS

    vs.

HARLEY G. LAPPIN, et al.,

    Defendants.                 ORDER

_____/

On April 13, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Plaintiff filed objections on April 23 and 25, 2007, and they were considered by the undersigned.[1]

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v.

---

[1] The documents filed on April 23, and April 25, 2007 are nearly identical. In both, plaintiff objects to, among other things, having a magistrate judge "participate" in this action. Congress has granted district courts the authority to designate a magistrate judge to conduct hearings and to submit to the district judge proposed findings of fact and recommendations. "No consent is required in these circumstances." *Holder v. Holder*, 392 F.3d 1009, 1021-1022 (9th Cir. 2004) (citing 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b)).

1

1  Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920
2  (1982).  As to any portion of the proposed findings of fact to which no objection has been made,
3  the court assumes its correctness and decides the motions on the applicable law.  See Orand v.
4  United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
5  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
6  1983).

   The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.  Accordingly, IT IS ORDERED that:

   1. The proposed Findings and Recommendations filed April 13, 2007, are ADOPTED; and

   2. Plaintiff's "demand for default judgment" pursuant to Fed. R. Civ. P. 55(b) against both defendants, filed February 1, 2007, is denied.

DATED: June 29, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT