1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID CARROLL STEPHENSON,

11          Plaintiff,                    No. CIV S-06-2735 LKK EFB PS

12          vs.

13   HARLEY G. LAPPIN, et al.,

14          Defendants.                   FINDINGS & RECOMMENDATIONS

15   _____/

16          This action, in which plaintiff is proceeding pro se, was referred to this court under Local

17   Rule 72-302(c)(21), pursuant to 28 U.S.C. § 636(b)(1).

18          On April 30, 2007, plaintiff filed a document styled "petition in the nature of a motion for

19   default summary judgment."  In this document, plaintiff continues (wrongly) to maintain that the

20   named defendants in this action are in default.  Based defendants' purported default, plaintiff

21   argues that he is entitled to summary judgment and an order declaring that he is "being

22   unlawfully imprisoned by the defendants" and that defendants are in violation of the Racketeer

23   Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1961, *et seq*.

24          As explained in orders previously issued by the undersigned and by the district judge

25   assigned to this case, the defendants are not in default since plaintiff has not yet properly served

26   them as required under Fed. R. Civ. P. 4.  Therefore, the Clerk has not entered default against

1

1 │ the defendants, nor has the court granted an entry of default judgment.

2 │     Because defendants have not yet been served and have made no appearance in this action,

3 │ the court recommends that plaintiff's motion for summary judgment be denied as premature.

4 │     These findings and recommendations are submitted to the United States District Judge

5 │ assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within ten (10)

6 │ days after being served with these findings and recommendations, any party may file written

7 │ objections with the court and serve a copy on all parties.  Such a document should be captioned

8 │ "Objections to Magistrate Judge's Findings and Recommendations."  The parties are advised

9 │ that failure to file objections within the specified time may waive the right to appeal the District

10 │ Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d

11 │ 1153, 1157 (9th Cir. 1991).

12 │ DATED:   July 31, 2007.

13 │

14 │     EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

2