IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CARROLL STEPHENSON,

       Plaintiff,                              CIV-S-06-2735 LKK EFB PS

   vs.

HARLEY G. LAPPIN, et al.,

       Defendants.                     <u>ORDER</u>

_____/

       On August 17, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

       Accordingly, the court presumes any findings of fact are correct.  <u>See</u> <u>Orland v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  <u>See</u> <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that:

2  1. The proposed Findings and Recommendations filed August 17, 2007, are

3  ADOPTED;

4  2. The "Petition in the Nature of a Motion for a Default Summary Judgment" is

5  denied as premature;

6  3. This action is dismissed pursuant to Fed. R. Civ. P. 4(m); and,

7  4. The Clerk is directed to close the case.

8  DATED: September 10, 2007.

```
                    /s/ Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2